UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCRIPPS HEALTH, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SUPERIOR READY MIX CONCRETE L.P., a California limited partnership; HEALTHCOMP, a California corporation; BLUE CROSS OF CALIFORNIA, a California corporation; ANTHEM BLUE CROSS LIFE & HEALTH INSURANCE COMPANY, a California corporation; and DOES 1 through 15, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:12-cv-00661-BEN (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

　　　The Court **GRANTS** the parties' joint motion to dismiss this action with prejudice. The case is **DISMISSED with prejudice.**

**IT IS SO ORDERED.**

DATED: 7/2/2012

　　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　　United States District Judge